DANIEL G. BOGDEN
United States Attorney
District of Nevada
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Ph.: (702)388-6336
Fax: (702)388-6787
E-mail: Blaine.Welsh@usdoj.gov
Attorneys for the United States

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PHILLIP E. HOYT, individually and doing ) <br> business as, PKR INDUSTRIES, ) <br> ) <br> Defendants. ) <br> _____ ) | Case No.: 2:10-CV-00535-PMP-PAL |

**UNITED STATES' NOTICE OF LODGING OF PROPOSED ORDER**

The United States hereby notifies the Court that concurrently with this notice, the United States is lodging a proposed Order granting default judgment in favor of the United States and against Defendant, Phillip E. Hoyt d/b/a PKR Industries.

DATED this 17th day of November 2010.

                                                Respectfully submitted,

                                                DANIEL G. BOGDEN
                                                United States Attorney

                                                */s/ Blaine T. Welsh*
                                                BLAINE T. WELSH
                                                Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　 )<br>　　　　　Plaintiff, 　　　　　　　 )<br>　　　　　　　　　　　　　　　 )<br>　　　v. 　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　 )<br>PHILLIP E. HOYT, individually and )<br>doing business as, PKR INDUSTRIES, )<br>　　　　　　　　　　　　　　　 )<br>　　　　　Defendants. 　　　　　　 )<br>_____) | Case No.:2:10-CV-00535-PMP-PAL |

　　　This matter having come before the Court on the United States' Motion for Entry of Default Judgment, and the Court finding that it has jurisdiction over the subject matter and parties, and that the Motion for Entry of Default Judgment is well founded:

　　　IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Default Judgment is entered in favor of the United States and against the Defendant, Phillip E. Hoyt individually and d/b/a PKR Industries, in the amount of $1,850,660.00 with interest accruing at the legal rate of __.22%__ from the date of judgment compounded annually until the judgment and interest are paid in full.

_____
UNITED STATES DISTRICT JUDGE

Date:_ November 18, 2010